# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147711

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 147711
COA: 315956
Muskegon CC: 04-050971-FC

JOSEPH ALLAN IRISH,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

p1118